UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PARK 'N FLY SERVICE, LLC,
a Delaware limited liability company,

    Plaintiff,

v.

Case No. 3:22-cv-00006-TJC-PDB

NAEEM HAIDER, a Florida resident,
and 5M ASSOCIATES, LLC,
a Florida limited liability company,

    Defendants.

_____/

**AMENDED STIPULATED CONSENT
JUDGMENT AND PERMANENT INJUNCTION
(PERMANENT INJUNCTIVE RELIEF REQUESTED)**

On January 4, 2022, Plaintiff Park 'N Fly Service, LLC ("Park 'N Fly") filed its Complaint against Defendants Naeem Haider ("Haider") and 5M Associates, LLC ("5M"), alleging service mark infringement and unfair competition under the Trademark Act of 1946, as amended, 15 U.S.C. § 1051, et seq. and under the common law of the State of Florida, and violations of Florida's Deceptive and Unfair Trade Practices Act, Florida Statutes, § 501.201, et. seq., arising out of Haider and 5M's unauthorized use of Park 'N Fly's registered word and logo marks, which Park 'N Fly has used continuously in U.S. commerce since 1967 and 1977 respectively.

Haider and 5M were both properly served the Summons and Complaint on January 12, 2022. See Dkt. 7, 8.

Defendants, Haider and 5M, and Plaintiff Park 'N Fly now stipulate and consent to this Stipulated Consent Judgment and Permanent Injunction, to its prompt entry by the Court, and to each and every statement, provision, order, and decree in the Stipulated Consent Judgment and Permanent Injunction.

NOW THEREFORE, on consent of Defendants Haider and 5M and Plaintiff Park 'N Fly, IT IS ORDERED, ADJUDGED, AND DECREED:

1.  Plaintiff Park 'N Fly is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business at 2060 Mount Paran Road NW Suite 207, Atlanta, Georgia 30327.

2.  Park 'N Fly is the owner of the PARK 'N FLY word and logo mark for airport-adjacent vehicular parking and airport transportation at issue in this action. The Park 'N Fly logo mark is depicted below in Figure 1:



Figure 1

3.  Park 'N Fly and its predecessors in interest have used the PARK 'N FLY word mark since 1967 and the PARK 'N FLY logo mark since 1977.

4.  The United States Patent and Trademark Office has granted Park 'N Fly federal registrations for the PARK 'N FLY word mark (U.S. Trademark Registration No. 1,111,956) and the PARK 'N FLY logo mark (U.S. Trademark Registration No. 2,666,170) (collectively, the "Park 'N Fly Trademark Registrations").

5.  Each of the Park 'N Fly Trademark Registrations is valid, subsisting, and remains in full force and effect.

6.  Since at least 2015, Park 'N Fly and its predecessors in interest and their related companies have used distinctive signage with its airport-adjacent vehicular parking and airport transportation services including the color mark depicted below in Figure 2.



. Airport Parking

Figure 2

Through this use, Park 'N Fly has developed common law trademark rights in the mark depicted in Figure 2 (the "Color Mark," and together with the Park 'N Fly Trademark Registrations, the "Asserted Marks").

7.  The Color Mark includes distinctive design elements including:

    a. a light-blue-over-dark-blue line beneath the literal element "PARK 'N FLY";

    b. a light-blue-over-dark-blue arrow extending upward and to the right from the light-blue-over-dark-blue line;

    c. light-blue-over-dark-blue chevron designs positioned above and to the right of the light-blue-over-dark-blue arrow;

    d. a distinctive typeface used for the literal element "Airport Parking"; and

    e. a distinctive typeface used for the literal element "PARK 'N FLY."

8.  Naeem Haider is an individual and a citizen of the State of Florida who resides at 1384 Moss Creek Drive, Jacksonville, Florida 32225.

9. 5M is limited liability company organized and existing under the laws of Florida, with a principal place of business at 1384 Moss Creek Drive, Jacksonville, Florida 32225.

10. Haider is a Managing Member of 5M and personally owns the property located at 1759 Airport Road, Jacksonville, Florida 32217, Parcel Identification Number 019354-0020 (the "Parking Lot").

11. At the Parking Lot, 5M operates an airport parking facility and transportation business servicing Jacksonville International Airport travelers. 5M further provides airport-adjacent vehicular parking and airport transportation services to customers of Jacksonville International Airport, who are also serviced by official Park 'N Fly partners.

12. Park 'N Fly alleges that Defendants allowed signage bearing trademarks confusingly similar to the Asserted Marks to be displayed at the Parking Lot, on its airport shuttle decals, and within its promotional materials and otherwise used terms to promote its airport-adjacent vehicular parking and airport transportation services that were confusingly similar to the Asserted Marks. Neither Haider nor 5M admit to any liability for any past infringement of the Asserted Marks.

13. This Court has subject matter jurisdiction over Counts I and II of the Complaint under 28 U.S.C. §§1331 and 1338.

14. Additionally, this Court has supplemental jurisdiction over Counts III, IV, and V of the Complaint under 28 U.S.C. § 1367(a), as such state law claims are so related to the federal subject-matter claims raised herein that they form part of the same case or controversy and derive from a common nucleus of operative fact.

15. This Court has personal jurisdiction over Haider and 5M because both Haider and 5M are citizens of the State of Florida, and deliberately and intentionally displayed or used the Asserted Marks at 5M's airport-adjacent vehicular parking and airport transportation business located in Jacksonville, Florida.

16. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because both Haider and 5M reside within this judicial district and a substantial part of the events giving rise to this action occurred in this judicial district.

17. Pursuant to Section 22 of the Lanham Act, 15 U.S.C. § 1072, the Park 'N Fly Trademark Registrations provided Haider and 5M with constructive notice of Park 'N Fly's claim of ownership for the Park 'N Fly Trademark Registrations.

18. Park 'N Fly claims that Defendants' use of the Asserted Marks (and confusingly similar terms) has caused actual confusion among customers seeking airport parking and transportation services and infringed Park 'N Fly's Asserted Marks.

19. Park 'N Fly claims that Defendants' continued use of the Asserted Marks (and confusingly similar terms) is likely to cause Park 'N Fly irreparable harm including harming its goodwill and business reputation.

20. Without admitting liability, the Parties desire to avoid the necessity, expense, and inconvenience of litigation and wish to resolve and settle all claims in the Lawsuit with a settlement having terms that include an agreed injunction.

21. Thus, the Court orders that Haider and 5M, and their agents, servants, officers, employees, representatives, successors, assigns, attorneys, and any and all persons acting in concert or participating with them, and any entities they may be agents, servants,

officers, employees, representatives, successors, assigns, or attorneys of, are hereby permanently enjoined from selling, offering for sale, distributing, advertising, marketing, or promoting any goods or services using any of the following terms, with or without other elements:

a. PARK 'N FLY, PARK-N-FLY, PARK 'FLY, PARK EZ & FLY, PARK & FLY, PARK + FLY, PARKING FLY, or PARK AND FLY, with any variation in capitalization, spacing, punctuation, typeface, or color;

b. the PARK 'N FLY Logo Mark shown in Figure 1, or the light-over-dark line, arrow, or chevron designs shown in Figure 1, with any variation in capitalization, spacing, punctuation, typeface, or color;

c. the Color Mark shown in Figure 2, the light-blue-over-dark-blue line shown in Figure 2, the light-blue-over-dark-blue arrow shown in Figure 2, or the light-blue-over-dark-blue chevron designs in Figure 2, with any variation in capitalization, spacing, punctuation, typeface, or color;

d. the distinctive typeface used for the literal element "Airport Parking" in Figure 2; or the distinctive typeface used for the literal element "PARK 'N FLY" in Figure 2, with any variation in capitalization, spacing, punctuation, or color;

e. the light-blue-over-dark-blue line shown in Figure 3 below, with any variation spacing or color;

f. the typeface used for the term "Airport Parking" shown in Figure 3 below, or the typeface used for the term "PARK EZ FLY" shown in Figure 3 below, with any variation in capitalization, spacing, punctuation, or color;



Figure 3

g. the light-blue-over-dark-blue arrow shown in Figure 4 below, with any variation in spacing or color; and



Figure 4

    h. the light-blue-over-dark-blue chevron design shown in Figure 5 below, with any variation in spacing or color.



Figure 5

22.    Haider and 5M will cease and desist from using or displaying any of the above terms within thirty (30) days of the date of this Judgment.

23.    Haider, 5M, and Park 'N Fly stipulate and agree that this Court has jurisdiction to enter the Stipulated Consent Judgment and Permanent Injunction and that this Court will have continuing jurisdiction for purposes of enforcing the Stipulated

Consent Judgment and Permanent Injunction and for purposes of enforcing the Parties' underlying Confidential Settlement Agreement.[1]

24. Haider, 5M, and Park 'N Fly further stipulate and agree that the U.S. District Court for the Middle District of Florida will have personal jurisdiction over Haider and 5M in any dispute involving this Stipulated Consent Judgment and Permanent Injunction, the parties' underlying Confidential Settlement Agreement, and any future violation of Park 'N Fly's intellectual property rights by Haider and/or 5M.

25. Haider and 5M irrevocably and fully waive any and all right to appeal the Stipulated Consent Judgment and Permanent Injunction.

26. The Stipulated Consent Judgment and Permanent Injunction will remain in full force and effect unless and until modified by order of this Court.

27. Other than as agreed upon in the parties' Confidential Settlement Agreement, the parties will bear their own fees and costs in connection with this action.

**IT IS SO ORDERED.**

This ___ day of _____, 2022.

                                                                       The Honorable Timothy J. Corrigan
                                                                       United States District Judge

---

[1] The Parties have filed a motion to file their Confidential Settlement Agreement under seal.

**STIPULATED AND CONSENTED TO BY**:

The parties and their counsel consent to the terms and conditions of this Amended Stipulated Consent Judgment and Permanent Injunction and to the entry of the Amended Stipulated Consent Judgment and Permanent Injunction.

**Park 'N Fly Service, LLC**

By: _____
Ann Kozel Edwards
Vice President of Marketing

**Naeem Haider**

By: _N Haider_____
Naeem Haider (Oct 24, 2022 12:03 EDT)
Naeem Haider

**Greenberg Traurig, P.A.**

By: _____
Joshua R. Brown, B.C.S.
Florida Bar No. 826391
brownjr@gtlaw.com
450 South Orange Ave., Suite 650
Orlando, Florida 32801-3371
Telephone: (407) 420-1000
Facsimile: (407) 841-1295
Attorney for Plaintiff

**5M Associates, LLC**

By: _N Haider_____
Naeem Haider (Oct 24, 2022 12:03 EDT)
Naeem Haider
Managing Member

**Bataineh Palmeri, LLP**

By: _M. Bataineh_____
Mohammad R. Bataineh
Florida Bar No. 63828
mbataineh@batainehlaw.com
1200 Riverplace Boulevard, Suite 705
Jacksonville, FL 32207
Telephone: (904) 683-2561
Facsimile: (904) 683-2635
Attorney for Defendants

11

| | |
|---|---|
| **Park 'N Fly Service, LLC** | **Naeem Haider** |
| By: *[signature: Anne Kozel Edwards]* <br> Anne Kozel Edwards <br> Vice President of Marketing | By: _____ <br> Naeem Haider |
| **Greenberg Traurig, P.A.** | **5M Associates, LLC** |
| By: s/Joshua R. Brown <br> _____ <br> Joshua R. Brown, B.C.S. <br> Florida Bar No. 826391 <br> brownjr@gtlaw.com <br> 450 South Orange Ave., Suite 650 <br> Orlando, Florida 32801-3371 <br> Telephone: (407) 420-1000 <br> Facsimile: (407) 841-1295 <br> *Attorney for Plaintiff* | By: _____ <br> Naeem Haider <br> Managing Member <br><br> **Bataineh Palmeri, LLP** <br><br> By: _____ <br> Mohammad R. Bataineh <br> Florida Bar No. 63828 <br> mbataineh@batainehlaw.com <br> 1200 Riverplace Boulevard, Suite 705 <br> Jacksonville, FL 32207 <br> Telephone: (904) 683-2561 <br> Facsimile: (904) 683-2635 <br> *Attorney for Defendants* |