**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PARK 'N FLY SERVICE, LLC, a
Delaware limited liability company,

    Plaintiff,

v.                                                                      Case No. 3:22-cv-6-TJC-PDB

NAEEM HAIDER, a Florida resident
and 5M ASSOCIATES, LLC, a Florida
limited liability company,

    Defendants.

---

## **O R D E R**

This case is before the Court on the parties' Joint Stipulation of Dismissal Without Prejudice. (Doc. 42). The parties condition the dismissal on the Court retaining jurisdiction to enforce the Amended Stipulated Consent Judgment and Permanent Injunction (Doc. 40) and the parties' Confidential Settlement Agreement (Doc. 38) (sealed). The Court has already retained jurisdiction to enforce the Amended Stipulated Consent Judgment and the Confidential Settlement Agreement. (Doc. 40 at 9–10). Therefore, this case is dismissed without prejudice. The Clerk should close the file.

2

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of November, 2022.



ckm
Copies:

Counsel of record